# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Cesar Rivera-Rodriguez<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-mj-00045<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 25, 2025** in the county of **Multnomah** in the
_____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)<br>18 U.S.C. § 924(c) | Possession with Intent to Distribute 40 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance; and, Possession of a Firearm in Furtherance of Drug Trafficking |

This criminal complaint is based on these facts:
See attached affidavit of FBI Task Force Officer Jarrett Miller.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Jarrett Miller, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:20 a.m./p.m.

Date: February 27, 2025

*Judge's signature*

City and state: Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*